# United States Court of Appeals

## For the First Circuit

No. 10-1648

JUANITA SÁNCHEZ, on behalf of minor child D.R.-S.;
7,124 ADDITIONAL PLAINTIFFS FOUND IN ATTACHMENT A,

Plaintiffs, Appellants,

v.

UNITED STATES,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on February 14, 2012, is amended as follows:

On p. 51, line 17: "AFTWF" should read "AFWTF"